Michael J. Bowe
(admitted pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat
(admitted pro hac)
ltabaksblat@brithem.com
BRITHEM LLP
565 Fifth Avenue
New York, NY 10017
Telephone: (646) 653-9378

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane # 301
Newport Beach, CA 92663
Telephone: (949) 887-4600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| N.L.,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:24-CV-04788-WLH-ADS<br><br>**NOTICE OF FILING OF STIPULATION TO CONTINUE HEARING ON VISA INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br>Current Hearing Date: May 22, 2026<br>Requested Hearing Date: June 26, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Wesley L. Hsu<br>Courtroom: 9B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that on May 1, 2026, in related Case *Fleites v. MindGeek S.à.r.l., et al,* No. 2:21-cv-04920-WLH-ADS (the "Fleites Action"), Plaintiff Serena Fleites and plaintiffs in the Related Actions filed a Stipulation to Continue Hearing on Visa's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 in the following actions:

a)  *K.A. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024);

b)  *N.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);

c)  *L.T. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);

d)  *T.C. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);

e)  *X.N. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);

f)  *N.Y. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);

g)  *J.C. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);

h)  *W.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);

i)  *C.S. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

j)  *S.O. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

k)  *L.S. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

NOTICE OF FILING OF STIPULATION TO CONTINUE HEARING

l)      *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

m)      *A.K. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024)*; and*

n)       *J.L. v.* MindGeek *S.à.r.l., et al.,* No. 2:24-cv-07046-WLH-ADS (C.D. Cal. August 20, 2024)*.*

DATED: May 1, 2026

Respectfully submitted,

By: */s/Lauren Tabaksblat*
        Michael J. Bowe (pro hac vice)
        mbowe@brithem.com
        Lauren Tabaksblat (pro hac vice)
        ltabaksblat@brithem.com
        BRITHEM LLP
        565 Fifth Ave.
        New York, NY 10017
        Phone: 646.653.9378

        David M. Stein (SBN 198256)
        dstein@olsonstein.com
        Nancy M. Olson (SBN 260303)
        nolson@olsonsten.com
        OLSON STEIN LLP
        240 Nice Lane #301
        Newport Beach, CA 92663
        Phone: 949.887.4600

        *Attorneys for Plaintiffs*